# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ECCI-C METAG, JV | ) ASBCA Nos.    58980, 59027, 60414 |
| | ) |
| Under Contract No.    W5J9JE-10-D-0007 | ) |

APPEARANCES FOR THE APPELLANT: Casey J. McKinnon, Esq.
 Cohen Seglias Pallas Greenhall & Furman PC
 Washington, DC

Edward T. DeLisle, Esq.
Maria L. Panichelli, Esq.
 Cohen Seglias Pallas Greenhall & Furman PC
 Philadelphia, PA

Michael A. Richard, Esq.
 Obermayer Rebmann Maxwell & Hippel LLP
 Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
 Engineer Chief Trial Attorney
Sarah L. Hinkle, Esq.
Matthew Tilghman, Esq.
Lisa Patrick, Esq.
Geoffrey A. Mueller, Esq.
Regina L. Schowalter, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Middle East
 Winchester, VA

Tarrah M. Beavin, Esq.
 Engineer Trial Attorney
 U.S. Army Engineer District, Louisville

Edward J. McNaughton, Esq.
 Engineer Trial Attorney
 U.S. Army Engineer District, Memphis

<u>ORDER OF DISMISSAL</u>

Pursuant to the parties' August 19, 2020 stipulation representing that they have been settled and should be dismissed, ASBCA Nos. 58980 and 59027 and Counts I through VIII and X of ASBCA No. 60414 are dismissed with prejudice.

Dated: August 24, 2020

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58980, 59027, 60414, Appeals of ECCI-C METAG, JV, rendered in conformance with the Board's Charter.

Dated: August 25, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2